```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>          Plaintiff,<br>Vs.<br><br>Antonio Garcia, Trustee, et al.,<br><br>          Defendants. | Case Number 24-0967 DMR<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |

Plaintiff Richard Sepulveda, and defendants, Antonio Garcia and Cazadores Market, LLC (together, "Defendants") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for said defendants is Christopher C. Saldaña of the Law Office of Shewry & Saldaña, LLP and Carlos A. Gonzalez of the Law Office of Francis Gourgon & Gonzalez, LLP), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants named in the complaint, all parties to bear their own respective attorney fees and costs.

2. This written settlement agreement was entered into by Plaintiff and said defendants, and provides for dismissal as against all defendants and of all causes of action, once the settlement payments are complete.

3. The terms of the Settlement Agreement providing for dismissal having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride <u>/s/ Richard A. Mac Bride</u>

Attorney for Plaintiff Richard Sepulveda                                      5/14/2024

Law Office of Shewry & Saldaña, LLP – By: Christopher C. Saldaña <u>/s/ Christopher C. </u>Saldaña

Attorney for defendants Antonio Garcia and Cazadores Market, LLC       5/14/2024

Law Office of Francis Gourgon & Gonzalez– By: Carlos A. Gonzalez <u>/s/ Carlos A. Gonzalez</u>

Attorney for defendants Antonio Garcia and Cazadores Market, LLC       5/14/2024

## FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on May 14, 2024, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorneys Christopher C. Saldana and Carlos A. Gonzalez, in the filing of this document.

<u>/s/ Richard A. Mac Bride</u>

Richard A. Mac Bride

[PROPOSED] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Antonio Garcia, et al., Case No. 24-0967 DMR, is dismissed with prejudice with respect to defendants Antonio Garcia and Cazadores Market, LLC, and all causes of action, with each party to bear his/her/its own attorney's fees and costs.

Date: _____                                    _____

                                                       Donna M. Ryu
                                                       United States Magistrate Judge